FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 2 7 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

BALTIMORE-NIGHT BOX

2020 APR 22 PM 2: 22

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

20-595

| | | |
|---|---|---|
| In re: | * | |
| Edwin E. Bell, Jr. and Miranda C. Bell | * | Chapter 13 |
| Debtors | * | Case No. 19-16679-NVA |
| | * | |

| | | |
|---|---|---|
| | * | |
| Edwin E. Bell, Jr. | * | |
| and | * | Appeal No.: 00595-CCB |
| Miranda C. Bell | * | |
| Appellants/Debtors | * | |
| | * | **LINE TO CORRECT PARTIES** |
| v. | * | **TO THE APPEAL** |
| | * | |
| Dyck O'Neal, Inc. | * | |
| Appellee/Creditor | * | |
| | * | |

* * * * * * * * * * * * *

### LINE NOTING CORRECT PARTIES TO THE APPEAL

Dear Clerk:

Please note **the Chapter 13 Trustee Robert S Thomas, II is not an appellee** ("Exhibit A") in the above noted appeal. See **Attached Exhibit A.** Absent participation in the contested matter, Trustee Thomas cannot participate in the appeal and has declared he will not be participating in the appeal. **Ex. A.** The correct parties to the appeal are as follows:

    Appellants: Edwin E. Bell, Jr. and Miranda C. Bell
    Appellee: Dyck-O'Neal, Inc.

In accordance, please correct the misinformation erroneously entered on the docket.

Respectfully submitted,

Edwin E. Bell, Jr., Appellant/ Debtor
3418 Littlestown Pike
Westminster, MD 21158
410-346-7575
eebell14@gmail.com

Miranda C. Bell, Appellant/Debtor
3418 Littlestown Pike
Westminster, MD 21158
410-346-7575
mirandacbell@msn.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2020 the Line Noting Correct Parties to the Appeal was served by USPS mail on the following persons at the addresses shown:

Appellee / Creditor Attorney
Dyck O'Neal, Inc.
c/o Thomas J. Kokolis, Esq.
Parker, Simon & Kokolis, LLC
110 North Washington Street
Suite 500
Rockville, MD 20850
(301) 656-5775
(301) 656-7834 (fax)
Email: tkokolis@pskfirm.com

Chapter 13 Trustee
Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286
(410) 825-5923
Email: rthomas@ch13balt.com, ECF@ch13balt.com

Date: April 22, 2020

Miranda C. Bell, Appellant
3418 Littlestown Pike
Westminster, MD 21158
410-346-7575
mirandacbell@msn.com

**Line Noting Correct Parties to the Appeal
Exhibit A**

## Re: Your Correction of Misinformation is Required: Case No.: 19-16679-NVA

Robert S. Thomas <rthomas@ch13balt.com>
Tue 3/31/2020 1:58 PM

**To:** miranda bell <mirandacbell@msn.com>
**Cc:** ECF_MBX <ecf@ch13balt.com>; eebell14@gmail.com <eebell14@gmail.com>; David Piekarz
<dpiekarz@ch13balt.com>

No. You filed the Appeal. You objected to the claim and filed motion to reconsider.  It's not
our appeal.  It's just the way court did the form.


*Robert S. Thomas, II*
*Chapter 13 Trustee*

BALTIMORE~NIGHT BOX

2020 APR 22 PM 2:

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND